# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV17-01220-SJO (AS) | Date | October 3, 2017 |
|---|---|---|---|
| Title | Erika Petty v. Philip L. Browning, et. al., | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| N/A | | N/A |

**Proceedings:**     (IN CHAMBERS) **ORDER TO SHOW CAUSE**

    On February 15, 2017, Defendant Albert A. Smith filed a notice of removal of the complaint filed by Plaintiff Erika Petty in the Los Angeles County Superior Court on January 19, 2017. (Docket No. 1). On February 22, 2017, Defendant Albert Smith filed an answer to the complaint and on March 22, 2017, Defendants R. Aguirre, Guerra, Madera, Orlik, and Pang filed an answer. (Docket Nos. 8-9). On May 25, 2017, the Court issued an Order Regarding Scheduling in Civil Rights Case directing each party to file and serve a Case Management Report on or before August 22, 2017. (Docket No. 13). As of today, however, neither party has complied with the Court's order or sought an extension of time to do so.

    The Court ORDERS the parties' to promptly file their respective Case Management Reports within ten (10) days of the date of this Order. Upon receipt of the Case Management Reports, the Court will issue an order setting forth the date by which all discovery must be completed. All other deadlines of the Court's Scheduling Order remain in effect.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | AF |